UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 1:15-cr- |
| ) | |
| JUAN ROJAS and ) | |
| OSCAR ROSARIO ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

[Conspiracy to Possess a Firearm in Furtherance of a Crime of Violence - 18 U.S.C. § 924(o)]

Beginning on or about an unknown date, but at least by on or about June 29, 2015, and continuing to at least on or about June 30, 2015, in the District of New Hampshire and elsewhere, the defendants

**JUAN ROJAS and
OSCAR ROSARIO**

knowingly and intentionally combined, conspired, confederated and agreed with each other, and with other persons known and unknown to the Grand Jury, to possess a firearm in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, conspiracy to obstruct, delay, and affect commerce and the movement of any article and commodity in commerce (as that term is defined in 18 U.S.C. § 1951) by means of robbery (as that term is defined in 18 U.S.C. § 1951) through the taking and obtaining of property by means of actual and threatened force, violence, and fear of injury, in violation of 18 U.S.C. § 1951(a), in violation of 18 U.S.C. § 924(c)(1)(A).

All in violation of Title 18, United States Code, Section 924(o).

## NOTICE OF FORFEITURE

Upon conviction of the firearms offense alleged in Count One of this Indictment, the defendants shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offenses.

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), the defendant shall forfeit substitute property, up to the value of the assets, if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL

/s/ Foreperson
Grand Jury Foreperson

DONALD FEITH
Acting United States Attorney

/s/ John J. Farley
John J. Farley
Assistant U.S. Attorney

Dated:   September 23, 2015