UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | No. 1:15-cr- |
| ) | |
| JUAN ROJAS and           ) | |
| OSCAR ROSARIO            ) | |

## UNITED STATES' MOTION TO SEAL

The government respectfully requests that that the Honorable Court order that the Indictment, and all docket entries relating thereto, be sealed at Level I, pursuant to Local Rule 83.11(b)(2), until such time as the defendants are taken into custody.   The defendants, who are charged with participating in a drug trafficking conspiracy, present a substantial flight risk.   In the event that they were to become aware of this charge prior to their apprehension, it may be difficult to locate them and take them into custody.

                                              DONALD FEITH
                                              Acting United States Attorney


                                              /s/ John J. Farley
                                              John J. Farley
                                              Assistant U.S. Attorney

Dated:   September 23, 2015