UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.          Cr. No. 15-

Juan Rojas

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 23th day of September, 2015.

This 23th day of September, 2015.

              DONALD FEITH
              Acting United States Attorney


              /s/ John J. Farley
              John J. Farley
              Assistant U.S. Attorney


WARRANT ISSUED: _____