AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

RECEIVED
U.S. MARSHAL
CONCORD, NH

2015 SEP 25 AM 7 38

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  15- cr-173-02-LM |
| Oscar Rosario | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Oscar Rosario                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Posses a Firearm in Furtherance of a Crime of Violence

Date:  9/24/2015

City and state:     Concord, New Hampshire

_____Kathy DuPont_____
*Issuing officer's signature*

_Kathy DuPont Deputy Clerk_
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)*  9/25/15 , and the person was arrested on *(date)*  10/2/15 at *(city and state)*  Concord, NH . | |
| Date:  10/2/15 | _____<br>*Arresting officer's signature*<br><br>DUSM #2071 Joseph A Vetanze<br>*Printed name and title* |