AO 458 (Rev.10/95) (NH 6/05) Appearance

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

_____
**Date**

_____
**Signature**

_____
**Print Name**                                          **Bar Number**

_____
**Address**

_____
**City**                    **State**                    **Zip Code**

_____
**Phone Number**              **Email Address**

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____
**Date**

_____
**Signature**