UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 NOV 12 P 12: 03

---

UNITED STATES OF AMERICA                     1:15-cr-173-LM

V.                                           WAIVER

OSCAR ROSARIO,

        Defendant

---

I, Oscar Rosario, am a defendant in the above captioned matter. I hereby waive my constitutional and statutory rights to a speedy trial.

Date: November 5th, 2015

/Oscar Rosario

CC:    Clerk of Court
        United States District Court
        District of New Hampshire
        55 Pleasant St.
        Concord, NH 03301