UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.   Criminal No. 15-cr-173-LM

Juan Rojas, et al.

O R D E R

The assented to motion to reschedule jury trial (document no. 32) filed by defendant is granted. As the codefendant has assented to the continuance the following dates apply to both defendants; Final Pretrial is rescheduled to May 3, 2016 at 2:00 PM; Trial is continued to the two-week period beginning May 17, 2016, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: January 15, 2016

cc:   Thomas J. Gleason, Esq.
      Adam Bernstein, Esq.
      John Farley, Esq.
      U.S. Marshal
      U.S. Probation